**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**WESTERN DIVISION**

| | | |
|---|---|---|
| In re: | ) | Chapter 7 |
| | ) | |
| JOAN M. QUICK, | ) | Case No. 09 B 09018 |
| | ) | |
| Debtor. | ) | Honorable Manuel Barbosa |
| | ) | |
| | ) | |
| | ) | |

**NOTICE OF ROUTINE MOTION**

TO:   See Attached Service List

     PLEASE TAKE NOTICE that on March 11, 2010 at 10:00 a.m., or as soon thereafter as counsel may be heard, the undersigned shall appear before the Honorable Manuel Barbosa in Courtroom 140 of the Kane County Courthouse, 100 South Third Street, Geneva, Illinois, or in his absence, before any other Judge who may be sitting in his place or stead, and shall then and there present Fifth Third Bank's ROUTINE MOTION FOR FINAL EXTENSION OF DATE FOR FILING A COMPLAINT TO OBJECT TO DISCHARGE UNDER 11 U.S.C. §727 OR TO DETERMINE DISCHARGEABILITY UNDER 11 U.S.C. §523, at which time and place you may appear if you desire. A copy of said Motion is attached hereto and is herewith served upon you.

     **Note that the proposed order appended to this Motion may be entered by the judge without presentment in open court unless a party in interest notifies the judge of an objection thereto pursuant to Local Rule 9013-9(C).**

                                       **FIFTH THIRD BANK, an Ohio banking corporation, as successor by merger with Fifth Third Bank, a Michigan banking corporation,**

                                       By:   /s/ Peter J. Schmidt
                                                 One of Its Attorneys

Peter J. Schmidt (ARDC #6256638)
Jean Soh (ARDC #6285187)
Polsinelli Shughart, P.C.
161 N. Clark, Suite 4200
Chicago, IL 60601
(312) 819-1900
(312) 819-1910 (Facsimile)

84177.2

**CERTIFICATE OF SERVICE**

      I, Peter J. Schmidt, an attorney, hereby certify that on February 25, 2010, I served this Notice of Motion, and the document referenced herein, on all persons who have followed the electronic notice procedures in the above-referenced case, by electronically filing the same with the United States Bankruptcy Court, and on the persons listed on the Service List U.S. Mail.

                                      /s/ Peter J. Schmidt

84177.2

## **SERVICE LIST**

| | |
|---|---|
| Roy Safanda | Thomas E. Springer, Trustee |
| Safanda Law Firm | Springer, Brown, Covey, Gaertner & Davis, LLC |
| 111 East Side Drive | 400 South County Farm Road, Suite 330 |
| Geneva, IL 60134 | Wheaton, IL 60187 |

84177.2

### UNITED STATES BANKRUPTCY COURT
### NORTHERN DISTRICT OF ILLINOIS
### WESTERN DIVISION

| | | |
|---|---|---|
| **In re:** | ) | **Chapter 7** |
| | ) | |
| **JOAN M. QUICK,** | ) | **Case No. 09 B 09018** |
| | ) | |
| Debtor. | ) | **Honorable Manuel Barbosa** |
| | ) | |
| | ) | |

### FIFTH THIRD BANK'S FINAL ROUTINE MOTION FOR FINAL EXTENSION OF DATE FOR FILING A COMPLAINT TO OBJECT TO DISCHARGE UNDER 11 U.S.C. §727 OR TO DETERMINE DISCHARGEABILITY UNDER 11 U.S.C. §523

NOW COMES Fifth Third Bank ("Fifth Third"), a creditor of Joan M. Quick (the "Debtor"), by and through Polsinelli Shughart PC, its counsel, and moves this Court pursuant to Federal Rule of Bankruptcy Procedure 4004(b) and Local Rule 9013-9(A)(5) for a final extension of time within which it may file a complaint to object to receipt of a discharge by the Debtor under 11 U.S.C. §727 or to determine dischargeability under 11 U.S.C. §523, and in support Fifth Third submits as follows:

1. On March 18, 2009, the Debtor filed a voluntary petition for relief under Chapter 7 of the United States Bankruptcy Code.

2. Fifth Third is a creditor of the Debtor and was scheduled as such.

3. The Court originally set June 19, 2009 as the deadline to file a complaint to object to discharge or to determine dischargeability of certain debts. Pursuant to prior Fifth Third motions, this Court has extended until March 1, 2010 the deadline for Fifth Third to file a complaint under §523 or §727 of the Bankruptcy Code.

4. The Debtor was formerly an employee of Emily, Inc. ("Emily"), which operated a motorcycle dealership in Morris, Illinois. Fifth Third provided lending to Emily,

84177.2

      including floor-plan financing. Through a series of loan documents, Fifth Third made available to Emily lines of credit, which Emily was to use to purchase motorcycles and recreational vehicles for sale through its dealership.

5. Emily committed fraud against Fifth Third, obtaining loaned funds from Fifth Third through deception and misrepresentations and making fraudulent transfers of funds received from Fifth Third.

6. The scope of the fraud committed by Emily is still being uncovered. Fifth Third has initiated no fewer than seven lawsuits, in state, federal and bankruptcy courts, relating to this fraud.

7. The Debtor was the office manager for Emily. The Debtor executed many of the checks by which Emily fraudulently transferred funds received from Fifth Third, and the Debtor received fraudulent transfers from Emily.

8. The Federal Bureau of Investigation is investigating the activities of Emily and its principal. Fifth Third believes this investigation is related to fraudulent transfers by Emily, and may uncover evidence relating to the transfers received by the Debtor, or in which she participated.

9. Fifth Third requests a final extension of the deadline for filing a complaint against the Debtor under §523 and §727, to May 7, 2010, to enable Fifth Third to complete its investigation of the Debtor's involvement in the fraud by Emily and to determine whether the FBI investigation uncovers facts relevant to the Debtor.

      WHEREFORE, Fifth Third Bank respectfully requests that the Court grant a final extension of the date by which it may file a complaint to object to discharge under §727 or to

determine dischargeability under §523, up to and including May 7, 2010, and for such other and further relief as is just and proper.

                                        Respectfully Submitted,
                                        **FIFTH THIRD BANK**

                         By:     /s/ Peter J. Schmidt
                               One of Its Attorneys

Peter J. Schmidt (ARDC #6256638)
Jean Soh (ARDC #6285187)
Polsinelli Shughart, P.C.
161 N. Clark St., Suite 4200
Chicago, IL 60601
(312) 819-1900
(312) 819-1910 (Facsimile)

3

84177.2